

# Financial Institution Search

Search for a financial institution by name or charter number. Visit the [Active Institutions](#) list to confirm that the Office of the Comptroller of the Currency (OCC) regulates your financial institution.

For more information about this search, please visit the [Financial Institution Search](#) homepage.

| td bank | x |
|---|---|

[Back to Search Results](#)

## TD Bank, National Association (24096)

### Institution Information

**Charter / License**
24096

**Institution Name**
TD Bank, National Association

**Corporate Address**
2035 Limestone Road
Wilmington, DE 19808

**Institution Type**
Bank-NationalComm

**Charter Date**
06/01/2000

**Status**
Active

**Total Assets Date**
09/30/2023

**Total Assets(000's)**
$366,251,931

**LEI (Legal Entity Identifier)**

**FRB RSSD**

03D0JEWFDFUS0SEEKG89                              497404

**FDIC Certificate**                              **FDIC Insurance Status**
18409                                             Insured

| Related Records | Hide ⊖ |
|---|---|

| | |
|---|---|
| **Institution Name:** | BANKNORTH, NATIONAL ASSOCIATION |
| **City:** | PORTLAND |
| **State:** | ME |
| **Charter / License:** | 24096 |
| **Status:** | Inactive |
| **Last Action:** | 05/23/2005 |
| **Action Type:** | CA |

| | |
|---|---|
| **Institution Name:** | Peoples Heritage Bank, N.A. |
| **City:** | Portland |
| **State:** | ME |
| **Charter / License:** | 24096 |
| **Status:** | Inactive |
| **Last Action:** | 07/09/2001 |

# Community Reinvestment Act (CRA) 

[Other CRA Resources](#)

**Last CRA Rating**
Outstanding

**Date**
Jul 2, 2021

**Details**
[Evaluation Document](#)

## CRA Trend (Rating)

| | |
|---|---|
| **Date:** | 7/2/2021 |
| **Outstanding:** | ✓ |
| **Satisfactory:** | |
| **Needs to Improve:** | |
| **Substantial Noncompliance:** | |

## Enforcement Actions (EA) 

Most Recent Enforcement Actions

| | |
|---|---|
| **Individual:** | |
| **Type*:** | CMP |
| **Amount:** | $37,500,000.00 |
| **Start Date:** | 9/20/2013 |
| **Start Document:** | 2013-142 |
| **Termination Date:** | |
| **Termination Document:** | |

[*Enforcement Action Types](#)

This search does not include actions against Institution Affiliated Parties (IAPs). Launch EA search to find actions against individuals associated with this institution.

## Corporate Actions (CA) 

Corporate actions completed within the last 30 years

There is a five day delay between when an application is received and when it becomes viewable.

| | |
|---|---|
| Date: | 12/31/2021 |
| Type: | Merger with Non-Bank - National Bank Survives |
| Application Number: | 2021-LB-215a3-323355 |
| City: | Wilmington |
| State: | DE |

| | |
|---|---|
| Date: | 9/18/2017 |
| Type: | Business Combination - Non-Affiliate Merger |
| Application Number: | 2016-NE-Combination-293512 |
| City: | Wilmington |
| State: | DE |

| | |
|---|---|
| Date: | 9/30/2010 |
| Type: | Business Combination - Affiliate Merger |
| Application Number: | 2010-NE-02-0016 |
| City: | WILMINGTON |
| State: | DE |

## Corporate Action References

Comptroller's Licensing Manual - The Comptroller's Licensing Manual consists of a series of booklets that explain the OCC's policies and procedures on key licensing topics. The OCC recommends reading the booklet before accessing the sample documents.

Weekly Bulletins - The Weekly Bulletin is the record of receipt and actions taken by the OCC on applications and notices filed by national banks, federal savings associations, and federal branches and agencies.

## External Data Resources

## Institution Searches

- [FDIC Institution Search](#)
- [National Information Center Institution Search](#)
- [FFIEC UBPR & Call Reports](#)



Get updates

Enter your email          Subscribe