

56 Headquarters Plaza
West Tower, Fifth Floor
Morristown, NJ 07960
Tel: 973.635.6300 | Fax: 973.635.6363
acllp.com

**ZACHARY D. WELLBROCK, ESQ.**
*PARTNER*
Direct: 973.457.0124
Email: zwellbrock@acllp.com

June 21, 2024

***VIA ECF***

The Hon. Michael E. Farbiarz, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

        **Re:**    **Hussain v. TD Bank, N.A. and Bank of America, N.A.**
                  **Case No.: 24-cv-524-MEF-JBC**

Dear Judge Farbiarz:

    We represent Plaintiff, Nadya Hussain, in this matter. We write to advise the Court that Plaintiff has reached a settlement in principle with the remaining defendant, TD Bank, N.A. The parties expect that a confidential settlement agreement will be executed shortly, with a stipulation of dismissal expected to be filed shortly thereafter.

    In light of the settlement in principle, the Parties jointly request that the Court take no action on TD Bank's pending motion to dismiss (ECF Doc. No. 13). I have shared this letter with counsel for TD Bank, who consents to its form and filing. We thank the Court for Your Honor's time and attention to this matter.

                                                             Respectfully submitted,

                                                            Zachary D. Wellbrock